

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-13-00498-CV

WILLIE KOEHLER, Appellant

V.

AMOCO FEDERAL CREDIT UNION AND REBA HANKINS, Appellees

Appeal from the 212th District Court of Galveston County.   (Tr. Ct. No. 11-CV-1172).

**TO THE 212TH DISTRICT COURT OF GALVESTON COUNTY, GREETINGS:**

Before this Court, on the 20th day of November 2014, the case upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

> This case is an appeal from the final judgment signed by the trial court on April 24, 2013.   After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.   Accordingly, the Court **affirms** the trial court's judgment.
>
> The Court **orders** that this decision be certified below for observance.

Judgment rendered November 20, 2014.

Panel consists of Chief Justice Radack and Justices Jennings

and Keyes. Opinion delivered by Chief Justice Radack.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

January 30, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

